CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

```
                                SOUTHERN DISTRICT OF MISSISSIPPI
                                          FILED
                                       DEC 11 2014
                                      ARTHUR JOHNSTON
                                BY_____ DEPUTY
```

CITY: JACKSON

COUNTY: HINDS

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3:14cr142 HTW-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: __X__ YES ____ NO

NAME/ALIAS: SHELBIE BROOKE RICHARDS

**U.S. ATTORNEY INFORMATION:**

AUSA: GLENDA R. HAYNES      MS BAR # 2132
AUSA: SHELDON BEER          MA BAR# 661165
AUSA: PAIGE M. FITZGERALD   CA BAR# 171027

INTERPRETER: __X__ NO ____ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 2 ____ PETTY ____ MISDEMEANOR __2__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1: 18:371.F | 18 U.S.C. § 371 | CONSPIRACY TO COMMIT HATE CRIME | 1 |
| Set 2: 18:4 .F | 18 U.S.C. § 4 | MISPRISON OF A FELONY | 2 |

Date: 12-11-14       SIGNATURE OF AUSA: /s/ Glenda R. Haynes

Date: 12-11-14       SIGNATURE OF AUSA: _____

Date: 12-11-14       SIGNATURE OF AUSA: _____

Revised 2/26/2010