PRAECIPE FOR SUMMONS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:14cr142 HTW-FKB

SHELBIE BROOKE RICHARDS
(Wherever Found)

The Clerk of said Court will issue summons returnable on December 12, 2014, at 9:30 a.m. before Henry T. Wingate, United States District Judge, at 501 E. Court Street, Jackson, Mississippi, an Information against the above-named defendant having been filed in the above-entitled cause on December 12, 2014.

This __12th__ day of __December__, 2014.

                                  GREGORY K. DAVIS
                                  United States Attorney

By: _____
      Glenda R. Haynes
      Assistant U. S. Attorney
      MS Bar # 2132

_____
Sheldon L. Beer
Trial Attorney
Civil Rights Division, Criminal Section

_____
Paige M. Fitzgerald
Acting Chief
Civil Rights Division, Criminal Section

Summons issued: _____
GRH/FBI