# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:14cr142HTW-FKB |
| SHELBIE BROOKE RICHARDS | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12-12-14

*Shellie Richards*
Defendant's signature

*Merrida Coxwell*
Signature of defendant's attorney

MERRIDA COXWELL
Printed name of defendant's attorney

*Henry T. Wingate*
Judge's signature

Henry T. Wingate
U.S. District Court Judge
Judge's printed name and title